# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE & CASUALTY COMPANY,,**

**Plaintiffs,**

**-vs-** **Case No. 6:06-cv-1757-Orl-GJK**

**PYSICIANS INJURY CARE CENTER, INC., M.D. IRVING L. COLVIN, ROBERT COLVIN,**

**Defendants.**

---

## ORDER

This cause came on for consideration on the Court's own initiative. The parties are directed to advise the Court within eleven (11) days from the date of this Order whether the issues regarding Plaintiffs' Motion to Compel Compliance with Court Orders and to Compel Production of Electronically Stored Information (Doc. No. 293) have been resolved or whether another hearing will be required.

**DONE** and **ORDERED** in Orlando, Florida on September 9, 2008.

Copies furnished to:

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Counsel of Record

Unrepresented Parties