**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY,                                                          CASE NO.: 6:06-CV-1757-ORL-19-JGG
        Plaintiff,
v.

PHYSICIANS INJURY CARE CENTER, INC.,
IRVING L. COLVIN, M.D. and ROBERT
COLVIN,
        Defendants,

and

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED and MARGUERITE EVERIDGE
        Intervenor Defendants.
_____

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED
        Counter Plaintiffs,
v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY
        Counter Defendants.

## NOTICE OF FILING THE INTERVENORS' PROPOSED VERDICT FORMS

Defendant/Counter-Plaintiffs, REIDY WILLIAMS, JERLEAN REED, ROSE

CUMMINGS, ELYSE COTTLE, CARMEN BERDECIA, ANDRITA KING-FENN and

EARL BYERS hereby file their proposed Verdict forms regarding their Counterclaims.

Intervenor Defendant, MARGUERITE EVERIDGE, does not have a Counterclaim pending and adopts the proposed verdict form offered by the Defendant, Physicians Injury Care Center, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day to all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:   February 2, 2009

                                        Respectfully Submitted,

                                        ___/s/Kimberly P. Simoes_____
                                        Kimberly P. Simoes (Bar No. 109479)
                                        ksimoes@wtlaw.net
                                        Susan W. Tolbert, P.L.
                                        148 S. Ridgewood Ave., Ste. D
                                        Daytona Beach, FL  32114
                                        Telephone:  (386) 248-0909
                                        Facsimile:  (386) 252-8666
                                        **Attorneys for Intervenors**
                                        **REIDY WILLIAMS**
                                        **ROSE CUMMINGS**
                                        **JERLEAN REED**
                                        **EARL BYERS**
                                        **CARMEN BERDECIA**
                                        **ELYSE COTTLE**
                                        **MARGUERITE EVERIDGE**
                                        **ANDRITA KING-FENN**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY,                                             CASE NO.: 6:06-CV-1757-ORL-19-JGG
    Plaintiff,
v.

PHYSICIANS INJURY CARE CENTER, INC.,
IRVING L. COLVIN, M.D. and ROBERT
COLVIN,
    Defendants,

and

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED and MARGUERITE EVERIDGE
    Intervenor Defendants.

_____

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED
    Counter Plaintiffs,
v.
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY
    Counter Defendants.

**ROSE CUMMINGS**
**VERDICT FORM**

**In accordance with the Court's instructions, we, the Jury, find as follows:**

**Breach of Contract**

    **1.    Were any of the services provided to Rose Cummings by Physicians Injury Care Center medically necessary?**

        _____Yes        _____No

**If your answer to question 1 is no, your verdict is for State Farm and you should go no further but to sign and date the verdict form. If your answer is yes, you should answer question 2.**

      **2.   What is the total amount of the charges you find reasonable?**

                                                                                   **$_____**

**In determining the total amount reasonable, do not make any reduction because of the applicable 80% limitation. If you have found for Rose Cummings, the court will adjust the amount in entering judgment to account for any payments previously made by State Farm, as well as for the effect of the 80% limitation and any deductible.**

**SO SAY WE ALL, this \_\_\_\_\_ day of February, 2009.**

                                            _____
                                            FOREPERSON

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY,                                              CASE NO.: 6:06-CV-1757-ORL-19-JGG
      Plaintiff,
v.

PHYSICIANS INJURY CARE CENTER, INC.,
IRVING L. COLVIN, M.D. and ROBERT
COLVIN,
      Defendants,

and

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED and MARGUERITE EVERIDGE
      Intervenor Defendants.
_____

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED
      Counter Plaintiffs,
v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY
      Counter Defendants.

**CARMEN BERDECIA**
**VERDICT FORM**

In accordance with the Court's instructions, we, the Jury, find as follows:

**Breach of Contract**

    **1.**    Were any of the services provided to Carmen Berdecia by Physicians Injury Care Center medically necessary?

        _____Yes        _____No

**If your answer to question 1 is no, your verdict is for State Farm and you should go no further but to sign and date the verdict form.  If your answer is yes, you should answer question 2.**

> **2. What is the total amount of the charges you find reasonable?**
>
> **$_____**

**In determining the total amount reasonable, do not make any reduction because of the applicable 80% limitation.  If you have found for Carmen Berdecia, the court will adjust the amount in entering judgment to account for any payments previously made by State Farm, as well as for the effect of the 80% limitation and any deductible.**

**SO SAY WE ALL, this _____ day of February, 2009.**

_____
FOREPERSON

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY,                                                            CASE NO.: 6:06-CV-1757-ORL-19-JGG
        Plaintiff,

v.

PHYSICIANS INJURY CARE CENTER, INC.,
IRVING L. COLVIN, M.D. and ROBERT
COLVIN,
        Defendants,

and

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED and MARGUERITE EVERIDGE
        Intervenor Defendants.
_____

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED
        Counter Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY
        Counter Defendants.

**EARL BYERS**
**VERDICT FORM**

**In accordance with the Court's instructions, we, the Jury, find as follows:**

**F.S. 627.736 7(a)**

    **1.** Was Earl Byers physical condition material to his claim for personal injury protection benefits for services received at Physicians Injury Care Center?

        _____Yes        _____No

**If your answer to question 1 is yes, your verdict is for Earl Byers and you should go no further but to sign and date the verdict form.  If your answer is no, you should answer question 2.**

### Breach of Contract

**2.     Were any of the services provided to Earl Byers by Physicians Injury Care Center medically necessary?**

**_____Yes              _____No**

**If your answer to question 2 is no, your verdict is for State Farm and you should go no further but to sign and date the verdict form.  If your answer is yes, you should answer question 2.**

**3.     What is the total amount of the charges you find reasonable?**

**$_____**

**If you have found for Earl Byers, the court will adjust the amount in entering judgment to account for any payments previously made by State Farm.**

**4.     Were State Farm's written requests for information all made within 30 days after having received bills for medical services from Physicians Injury Care Center?**

**_____Yes              _____No**

**If your answer to question 4 is yes, you should answer question 5.**

**5.     Do you find that State Farm is not entitled to toll payment of medical bills submitted by PICC pursuant to §627.736(6)(b)?**

**_____Yes              _____No**

**SO SAY WE ALL, this \_\_\_\_\_ day of February, 2009.**

_____
FOREPERSON

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY,                                               CASE NO.: 6:06-CV-1757-ORL-19-JGG
        Plaintiff,

v.

PHYSICIANS INJURY CARE CENTER, INC.,
IRVING L. COLVIN, M.D. and ROBERT
COLVIN,
        Defendants,

and

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED and MARGUERITE EVERIDGE
        Intervenor Defendants.
_____

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED
        Counter Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY
        Counter Defendants.

**<u>ELYSE COTTLE</u>**
**<u>VERDICT FORM</u>**

**In accordance with the Court's instructions, we, the Jury, find as follows:**

**<u>Breach of Contract</u>**

    **1.**     Were any of the services provided to Elyse Cottle by Physicians Injury Care Center medically necessary?

        _____Yes        _____No

**If your answer to question 1 is no, your verdict is for State Farm and you should go no further but to sign and date the verdict form.  If your answer is yes, you should answer question 2.**

    **2.   What is the total amount of the charges you find reasonable?**

$$$_____$$

**In determining the total amount reasonable, do not make any reduction because of the applicable 80% limitation.  If you have found for Elyse Cottle, the court will adjust the amount in entering judgment to account for any payments previously made by STATE FAR, as well as for the effect of the 80% limitation and any deductible.**

    **3.   Were State Farm's written requests for information all made within 30 days after having received bills for medical services from Physicians Injury Care Center?**

    **_____Yes        _____No**

**If your answer to question 3 is yes, you should answer question 4.**

    **4.   Do you find that State Farm is entitled to toll payment of medical bills submitted by PICC pursuant to §627.736(6)(b)?**

    **_____Yes        _____No**

**SO SAY WE ALL, this \_\_\_\_\_ day of February, 2009.**

                             _____
                             FOREPERSON

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY,                                         CASE NO.: 6:06-CV-1757-ORL-19-JGG
        Plaintiff,

v.

PHYSICIANS INJURY CARE CENTER, INC.,
IRVING L. COLVIN, M.D. and ROBERT
COLVIN,
        Defendants,

and

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED and MARGUERITE EVERIDGE
        Intervenor Defendants.
_____

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED
        Counter Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY
        Counter Defendants.

## REIDY WILLIAMS
## VERDICT FORM

**In accordance with the Court's instructions, we, the Jury, find as follows:**

### F.S. 627.736 7(a)

    **1. Was Reidy Williams physical condition material to his claim for personal injury protection benefits for services received at Physicians Injury Care Center?**

        _____Yes        _____No

**If your answer to question 1 is yes, your verdict is for Reidy Williams and you should go no further but to sign and date the verdict form.  If your answer is no, you should answer question 2.**

### Breach of Contract

**2.     Were any of the services provided to Reidy Williams by Physicians Injury Care Center medically necessary?**

**_____Yes            _____No**

**If your answer is no, your verdict is for State Farm and you should go no further but to sign and date the verdict form.  If your answer is yes, you should answer question 2.**

**3.   What is the total amount of the charges you find reasonable?**

**$_____**

**In determining the total amount reasonable, do not make any reduction because of the applicable 80% limitation.  If you have found for Reidy Williams, the court will adjust the amount in entering judgment to account for any payments previously made by STATE FAR, as well as for the effect of the 80% limitation and any deductible.**

**SO SAY WE ALL, this \_\_\_\_\_ day of February, 2009.**

_____
FOREPERSON

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY,                                    CASE NO.: 6:06-CV-1757-ORL-19-JGG
        Plaintiff,
v.

PHYSICIANS INJURY CARE CENTER, INC.,
IRVING L. COLVIN, M.D. and ROBERT
COLVIN,
        Defendants,

and

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED and MARGUERITE EVERIDGE
        Intervenor Defendants.
_____

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED
        Counter Plaintiffs,
v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY
        Counter Defendants.

**<u>JERLEAN REED</u>**
**<u>VERDICT FORM</u>**

**In accordance with the Court's instructions, we, the Jury, find as follows:**

**F.S. 627.736 7(a)**

    **1. Was Jerlean Reed's physical condition material to her claim for personal injury protection benefits for services received at Physicians Injury Care Center?**

      _____Yes      _____No

**If your answer to question 1 is yes, your verdict is for Jerlean Reed and you should go no further but to sign and date the verdict form. If your answer is no, you should answer question 2.**

### Breach of Implied Warranty of Good Faith and Fair Dealing

**2. Did State Farm fail to perform it's contractual duties in good faith and in a manner that protected Jerlean Reed's reasonable expectations under the insurance contract?**

**_____Yes            _____No**

### Breach of Contract

**3. Were any of the services provided to Jerlean Reed by Physicians Injury Care Center medically necessary?**

**_____Yes            _____No**

**If your answers to both questions 2 and 3 are no, skip question 4 and proceed to question 5. If your answer to either question 2 or 3 is yes, you should answer question 4.**

**4. What is the total amount of the charges you find reasonable?**

**$_____**

**In determining the total amount reasonable, do not make any reduction because of the applicable 80% limitation. If you have found for Jerlean Reed, the court will adjust the amount in entering judgment to account for any payments previously made by STATE FAR, as well as for the effect of the 80% limitation and any deductible.**

**5. Must State Farm reimburse Jerlean Reed's policy for all amounts paid to Physicians Injury Care Center?**

**_____Yes            _____No**

**SO SAY WE ALL, this _____ day of February, 2009.**

_____
FOREPERSON

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY,                                              CASE NO.: 6:06-CV-1757-ORL-19-JGG
        Plaintiff,

v.

PHYSICIANS INJURY CARE CENTER, INC.,
IRVING L. COLVIN, M.D. and ROBERT
COLVIN,
        Defendants,

and

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED and MARGUERITE EVERIDGE
        Intervenor Defendants.
_____

REIDY WILLIAMS, ELYSE COTTLE, EARL BYERS
ROSE CUMMINGS, CARMEN BERDECIA, ANDRITA KING-FENN,
JERLEAN REED
        Counter Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and
STATE FARM FIRE & CASUALTY
COMPANY
        Counter Defendants.

**ANDRITA KING-FENN**
**VERDICT FORM**

**Breach of Contract**

    1.    Were any of the services provided to Andrita King-Fenn by Physicians Injury Care Center medically necessary?

        _____Yes        _____No

**Breach of Implied Warranty of Good Faith and Fair Dealing**

     2.    Did State Farm fail to perform it's contractual duties in good faith and in a manner that protected Andrita King-Fenn's reasonable expectations under the insurance contract?

     _____Yes          _____No

If your answers to both questions 1 and 2 are no, your verdict is for State Farm and you should go no further but to sign and date the verdict form.  If your answer to either question 1 or 2 is yes, you should answer question 3.

     3.    What is the total amount of the charges you find reasonable?

                        $_____

In determining the total amount reasonable, do not make any reduction because of the applicable 80% limitation.  If you have found for Andrita King-Fenn, the court will adjust the amount in entering judgment to account for any payments previously made by STATE FAR, as well as for the effect of the 80% limitation and any deductible.

**SO SAY WE ALL, this \_\_\_\_\_ day of February, 2009.**

                         _____
                         FOREPERSON