*Exhibit 5*

# Loop Legal Copy & Imaging

Mail Payments to:  17 N. State Suite 1500A
Finance Dept.      Chicago, IL 60602
1701 S. Mays       EIN-36-4248571
Suite J-198        (312) 726-COPY
Round Rock, TX  78664

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/26/2008 | 54605 |

**BILL TO**

Katten Muchin Rosenman, LLP
525 W. Monroe Street
Suite 1600
Chicago, IL 60661-3693

| TERMS | REP | CLIENT# | ORDERED BY |
|---|---|---|---|
| Net 30 | NC | 277811-235 | Adam P. |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **** COPY/LABEL/COPY x's ONE SET **** | | | |
| Restaple/Reclip Originals | | | |
| Remove/Replace Post-Its | | | |
| Some/All 2 sided Copies | | | |
| Constant Variable Contrast Adjustment | | | |
| Litigation Copies | 25,262 | 0.13 | 3,284.06 |
| Insert Tabs as Original | | | |
| Custom Tabs Inserted | 1,532 | 0.40 | 612.80 |
| Velo/GBC/3 Hole Drill Side | | | |
| Drill/Punch | 26,794 | 0.015 | 401.91 |
| Follow Special Detailed Instructions | | | |
| Produce Bates Labels & Apply | 12,631 | 0.055 | 694.71 |
| SF308047-SF320677 | | | |
| Insert In Binders | | | |
| 4" Slant D Binder | 18 | 28.00 | 504.00 |
| 3" slant D Binder | 24 | 17.50 | 420.00 |
| 2" Binder | 12 | 14.25 | 171.00 |
| 1 1/2" Binder | 2 | 13.25 | 26.50 |
| Labor Intensive Project | | | |
| Rubberband Copies | | | |
| DUE - 12:30 P.M. (NOON) | | | |
| | | | |
| THANK YOU | | | |

| | |
|---|---|
| Total | $6,114.98 |
| Payments/Credits | $0.00 |
| Balance Due | $6,114.98 |

Signature:

Your signature above is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. Interest at the rate of 1.5% per month or a minimum of $10.00 will be charged on invoices not paid within 30 days. Customer agrees to pay all fees incured in the collection of past due accounts.

# Loop Legal Copy & Imaging

Mail Payments to:  17 N. State Suite 1500A
Finance Dept.  Chicago, IL 60602
1701 S. Mays  EIN-36-4248571
Suite J-198  (312) 726-COPY
Round Rock, TX  78664

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/19/2008 | 54547 |

**BILL TO**

Katten Muchin Rosenman, LLP
525 W. Monroe Street
Suite 1600
Chicago, IL 60661-3693

| TERMS | REP | CLIENT# | ORDERED BY |
|---|---|---|---|
| Net 30 | NC | 277811-235 | Tyson Lamoreaux |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **** ONE SET **** | | | |
| Follow Special Detailed Instructions | | | |
| Staple/Clip per Doc. Break | | | |
| Blowback Printing (Digital printing from file) | 4,314 | 0.08 | 345.12 |
| Computer Time | 1 | 50.00 | 50.00 |
| ASAP!!!! | | | |
| | | | |
| THANK YOU | | | |

| | | |
|---|---|---|
| | **Total** | $395.12 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $395.12 |

Signature:

Your signature above is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. Interest at the rate of 1.5% per month or a minimum of $10.00 will be charged on invoices not paid within 30 days. Customer agrees to pay all fees incured in the collection of past due accounts.